| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 02-CR-20049-BC-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:13-00183-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kevin Duron Davis | Eastern District of Michigan | Northern |
| | NAME OF SENTENCING JUDGE | |
| | David M. Lawson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM June 13, 2012 — TO June 12, 2017 |

OFFENSE
Count 1: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base
Count 2: 21 U.S.C. § 841(a)(1), Distribution of 50 Grams or More of Cocaine Base, Aiding and Abetting

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 17, 2012
Date

David M. Lawson
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-21-13
Effective Date

United States District Judge