UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00183 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| KEVIN DURON DAVIS | ) | |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant, Kevin Duron Davis, by and through undersigned counsel, and pursuant to 18 U.S.C. § 3583(e)(1), respectfully moves for early termination of his supervised release after his successful completion of more than 36 months of supervision. This Court should grant early termination of supervised release because "it is warranted by the conduct of the defendant released and the interest of justice." *Id.*

In support of this motion, Mr. Davis submits the following:

1. **Mr. Davis has complied with the terms and conditions of supervised release, has committed no violations, and the probation office is not opposed to early termination.**

On December 18, 2003, the District Court for the Eastern District of Michigan sentenced Mr. Davis to a term of imprisonment for 121 months and five years of supervised release for his conviction in a crack cocaine case. Mr. Davis served his term of imprisonment and also served several months at the Diersen Charities half-way house beginning in March 2012. In June 2012, Mr. Davis was successfully released from Diersen Charities half-way house and began his term of supervised release. Mr. Davis has complied with all the terms and conditions of his supervised release, has worked full-time